graph, as modified by the General Agreement on Tariffs and Trade (T.D. 51802); the items marked "B" at 30 percent under paragraph 915, as modified by T.D. 53865 and T.D. 53877; and the items marked "C" at 25 percent under paragraph 915 of the tariff act. *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.

BEFORE THE FIRST DIVISION, JANUARY 15, 1963

No. 67338.—Mulco Products, Inc. *v.* United States, protests 61/4941 and 61/4942 (Savannah).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67339.—Thalson Company *v.* United States, protests 61/20574 and 61/20621 (San Francisco).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67340.—Falcon Sales Co. and J. J. Murphy & Co. et al. *v.* United States, protests 62/3338, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67341.—Transamerican Match Corporation *v.* United States, protests 62/14237, etc. (Charleston).